UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| EFFIE MAYHEW, )<br>       Plaintiff )<br>)<br>) <br>v. )<br>)<br>HERMITAGE CLUB, LLC, )<br>       Defendant ) | Case No.: 2:15-cv-00147 |

## JUDGMENT ORDER

The jury having returned a general verdict with answers to written questions in favor of the defendant on Wednesday, May 17, 2017, and the court having granted defendants' motion for summary judgment on all other claims, FINAL JUDGMENT is hereby entered against the plaintiff, Effie Mayhew, and in favor of the defendant, Hermitage Club, LLC.

SO ORDERED and final judgment entered this 26th day of June, 2017.

/s/ William K. Sessions III\_\_\_\_
Hon. William K. Sessions III
District Court Judge

JUDGMENT ENTERED ON DOCKET
DATE: *June 26, 2017*

1